UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERT G. HILL, Individually as a Beneficiary of the Margaret Hunt Trust Estate, derivatively on behalf of the Margaret Hunt Trust Estate, Individually as a Beneficiary of the Haroldson Layfayette Hunt, Jr. Trust Estate, and Derivatively on Behalf of the Haroldson Layfayette Hunt, Jr. Trust Estate, <br><br> Plaintiff, <br><br> v. <br><br> TOM HUNT, et. al., <br><br> Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION No. 3:07-CV-02020-O |

### NOTICE OF APPEARANCE FOR PLAINTIFF

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, ALBERT G. HILL, III, individually and as Beneficiary of the Margaret Hunt Trust Estate, derivatively on behalf of the Margaret Hunt Trust Estate, individually as a beneficiary of the Haroldson Lafayette Hunt, Jr. Trust Estate, and derivatively on behalf of the Haroldson Lafayette Hunt, Jr. Trust Estate, Plaintiff in the above-entitled and numbered cause, and makes and files this Notice of Appearance.

Notice is hereby given that Charla G. Aldous and Brent R. Walker of Aldous Law Firm, 2311 Cedar Springs Rd., Suite 200, Dallas, TX 75201, phone: (214) 526-5595, are appearing as additional counsel of record for Plaintiff.

The undersigned hereby request that they be added to the Court's docket and served with all pleadings related to this matter in accordance with the FEDERAL RULES OF CIVIL PROCEDURE,

Respectfully submitted,

ALDOUS LAW FIRM

*/s/ Charla G. Aldous*

CHARLA G. ALDOUS
State Bar No. 20545235
BRENT R. WALKER
State Bar No. 24047053
2311 Cedar Springs Rd., Suite 200
Dallas, Texas 75201
Phone: (214) 526-5595
Fax: (214) 526-5525
cadlous@aldouslaw.com
bwalker@aldouslaw.com

ADDITIONAL ATTORNEYS FOR
PLAINTIFF ALBERT G. HILL, III

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2010, I electronically transmitted the attached document to the Clerk of the Court and all counsel of record using the ECF System for filing in accordance with this Court's ECF Order.

*/s/ Charla G. Aldous*

CHARLA G. ALDOUS
BRENT R. WALKER