IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ALBERT G. HILL, III,** § § § § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:07-CV-2020-L** |
| § | |
| **TOM HUNT, et al.,** § § | |
| Defendants. § | |

## ORDER

Before the court is CHD/CNBW's Motion to Pay Gift Tax Refund to the Registry (Doc. 1709), filed September 26, 2016. On December 1, 2016, United States Magistrate Renee Harris Toliver entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") recommending that Plaintiff's action be dismissed without prejudice, as the issue is not ripe for consideration. No objections were filed to the Report. Having reviewed the record in this case and the Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** CHD/CNBW's Motion to Pay Gift Tax Refund to the Registry **without prejudice**.

**It is so ordered** this 20th day of December, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**