UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERT G. HILL, III, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:07-CV-02020-L-BK |
| | § | |
| WILLIAM SCHILLING, *et al.*, | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| CAMPBELL HARRISON & DAGLEY *et al.*, | § | |
| | § | |
|     Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | Civil Case No. 3:12-CV-4599-L-BK |
| | § | |
| ALBERT G. HILL, III, *et al.*, | § | |
|     Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On January 12, 2017, United States Magistrate Judge Renee Harris Toliver entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") in the above-entitled civil actions: *Hill v. Schilling*, No. 07-CV-2020-L-BK (the "2020 case"); and *Campbell Harrison & Dagley v. Hill*, No. 12-CV-4599-L (the "4599 Case"). In her Report, the magistrate judge recommended that the court deny Plaintiffs' Emergency Motion for Aid in Collection of Judgment under CPRC § 31.002 (Doc. 1719 in the 2020 Case and Doc. 213 in the 4599 Case). No objections were filed.

After considering the motion, response, reply, pleadings, record, and Report, the court concludes that the findings and conclusion of the magistrate judge are correct, and **accepts** them

**Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge
Page 1**

as those of the court. Accordingly the court **denies** Plaintiff's Emergency Motion for Aid in Collection of Judgment under CPRC § 31.002 (Doc. 1719 in the 2020 Case and Doc. 213 in the 4599 Case).

**It is so ordered** this 27th day of January, 2017.

Sam A. Lindsay
United States District Judge