IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALBERT G. HILL, III,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:07-CV-2020-L** |
| | § | |
| **WILLIAM SCHILLING,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 9, 2017, pursuant to 28 U.S.C. § 636(b), the court referred Albert G. Hill, Jr.'s Objection to Appointment of Successor Trustee in Violation of Final Judgment, filed under seal on May 15, 2017 (Doc. 1735) ("Hill Jr.'s Objection"), to United States Magistrate Judge Renée H. Toliver, for hearing, if necessary, and for determination.[*] On October 6, 2017, the magistrate judge issued her Findings, Conclusions, and Recommendation (Doc. 1784), recommending that the court overrule Hill Jr.'s Objection. No objections were filed.

After making an independent review of the pleadings, files, and record in this case, and the findings and recommendation of the magistrate judge issued on October 6, 2017, the court concludes that the findings of the magistrate judge are correct. The findings and recommendation of the magistrate judge are hereby **accepted** by the court. Accordingly, Albert G. Hill, Jr.'s Objection to Appointment of Successor Trustee in Violation of Final Judgment (Doc. 1735), is **overruled**.

---

[*] On May 15, 2017, Albert G. Hill, Jr. filed under seal his Emergency Motion to Enforce Judgment and Objection to Appointment of Successor Trustee in Violation of Final Judgment and Application for Temporary Restraining Order and Injunctive Relief. *See* Doc. 1735. In its ruling on the motion, the court carved out Hill Jr.'s "Objection to Appointment of Successor Trustee in Violation of Final Judgment" for referral to the magistrate judge.

**Order – Page 1**

It is so **ordered** this **27th day** of **October, 2017**.

Sam A. Lindsay
United States District Judge