UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)

| | | |
|---|---|---|
| ALBERT G. HILL, III, individually as a Beneficiary of the Margaret Hunt Trust Estate, derivatively on behalf of the Margaret Hunt Trust Estate, individually as a beneficiary of the Haroldson Lafayette Hunt, Jr. Trust Estate, and derivatively on behalf of the Haroldson Lafayette Hunt, Jr. Trust Estate, | § § § § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:07-CV-02020-L |
| WILLIAM SCHILLING, *et al*. | § § § | |
| *Defendants*. | § | |

**WASHBURNE AND SUMMERS' MOTION FOR LEAVE TO FILE
THEIR EMERGENCY MOTION TO ENFORCE
THE FINAL JUDGMENT AND THE SETTLEMENT AGREEMENT, AND
APPLICATION FOR TEMPORARY RESTRAINING ORDER,
PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION,
BRIEF IN SUPPORT, AND EVIDENTIARY APPENDIX IN SUPPORT,
UNDER SEAL,
AND TO EXCEED PAGE LIMITATIONS IN THEIR BRIEF**

Pursuant to the Court's November 2, 2017 Order (ECF 1789), Heather Hill Washburne ("*Washburne*") and Elisa Hill Summers ("*Summers*")—the sisters of Plaintiff Albert G. Hill, III ("*Hill III*") and the daughters of Albert G. Hill, Jr. ("*Hill Jr.*")—file this motion requesting leave to file—under seal—their Emergency Motion to Enforce the Final Judgment and the Settlement Agreement, and Application for Temporary Restraining Order, Preliminary Injunction, and

Permanent Injunction (the "*Emergency Motion*"), Brief in Support (the "*Brief*"), and their Evidentiary Appendix in Support (the "*Appendix*"), and to Exceed Page Limitations in their Brief.

## A.   *Leave to File—Under Seal*

Washburne and Summers file this motion requesting leave to file their Emergency Motion,[1] their Brief,[2] and their Appendix[3]—under seal—because the Brief, into which the Emergency Motion and the Appendix are incorporated, references and quotes from documents that are filed with this Court under seal.  Specifically, the Brief references and contains information from the parties' Global Settlement and Mutual Release Agreement (ECF 879) (the "*SA*") and the Court's Final Judgment (ECF 999) (the "*FJ*").  Both the SA and the FJ are filed under seal in this Court, and confidentiality is a material term of both instruments.  In fact, neither document is accessible to or visible by the general public on the Court's docket.  Moreover, in addition to referencing and quoting from the sealed SA and FJ, the Brief also references other documents that are filed with the Court under seal.  Therefore, to preserve the confidential nature of these sealed documents referenced in, and quoted from, in the Brief, Washburne and Summers file this motion for leave to file their Emergency Motion, their Brief, and their Appendix—under seal.

## B.   *Leave to Exceed Page Limitations*

Further, Washburne and Summers request leave to exceed Northern District of Texas Local Rule 7.2(c)'s limitation of 25 pages for briefs by 10 pages with their Brief.  Rather than file two separate briefs, Washburne and Summers would prefer to file one consolidated brief, but require an additional 10 pages in excess of the 25 pages permitted by Local Rule 7.2(c).  Therefore,

---

[1]   Exhibit A.
[2]   Exhibit B.
[3]   Exhibit C.

Washburne and Summers respectfully request leave to file their Brief exceeding Local Rule 7.2(c)'s 25 page limit by 10 pages.

The requested leave will not prejudice Hill III's interests in this action.

Wherefore, premises considered, Washburne and Summers respectfully request that the Court grants this motion for leave permitting Washburne and Summers to file their Emergency Motion, Brief, and Appendix—under seal—and exceeding Northern District of Texas Rule 7.2(c)'s limitation of 25 pages by 10 pages in their Brief, and grants them any and all such other and further relief to which the Court finds them justly entitled.

Dated: May 15, 2018

Respectfully submitted,

*/s/ Tom M. Dees, III*

———————————————
Tom M. Dees, III
State Bar No. 24034412
HALLETT & PERRIN, PC
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: 214.953.0053
Facsimile: 214.953.4142
*ATTORNEY FOR HEATHER HILL WASHBURNE AND ELISA HILL SUMMERS*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 15, 2018, I conferred with Emil Lippe, counsel for Plaintiff Albert G. Hill, III, who stated that he is opposed to the relief sought in this motion.

*/s/ Tom M. Dees, III*

———————————————
Tom M. Dees, III

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 15, 2018, a true and correct copy of foregoing instrument was served according to the Federal Rules of Civil Procedure via the ECF system on counsel of record with access to filings.

            */s/ Tom M. Dees, III*
            _____
            Tom M. Dees, III

518555