IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALBERT G. HILL, III,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:07-CV-2020-L** |
| | § | |
| **WILLIAM SCHILLING**, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Washburne and Summers' Motion to Enforce the Final Judgment and the Settlement Agreement, and Application for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction, Based on New Evidence and New Developments in the Probate Court (Doc. 1886) ("W & S's Motion"), filed under seal on September 14, 2018. Also pending in Probate Court No. Two of Dallas County, Texas is Applicant Tyree Miller's Objection to Albert G. Hill, III's Contesting the Decedent's Will ("Miller's Objection"), filed on August 2, 2018 in *Estate of Albert Galatyn Hill, Jr., Deceased*, PR-17-04117-2 (the "Probate Proceeding"). *See* Ex. 1-I, App. to W & S's Mot. (Doc. 1886-2). Movants Washburne and Summers have joined in Miller's Objection *(see id.* at Ex. 1-J), seeking relief in the Probate Court that is identical to that requested in this court.

As of this date, the docket sheet in the Probate Proceeding indicates that the Probate Court has not ruled on Miller's Objection. In addition, Albert G. Hill III ("Hill III") has not filed a response to W & S's Motion. Once the Probate Court addresses the outstanding Objection and Hill III files his response to W & S's Motion, the court will consider the matter ripe for adjudication. The

**Order - Page 1**

court **directs** Washburne and Summers to notify the court in writing when the Probate Court rules on Miller's Objection.

    **It is so ordered** this 26th day of September, 2018.

                                                                      Sam A. Lindsay
                                                                United States District Judge