IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALBERT G. HILL, III,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:07-cv-2020-L** |
| | § | |
| **WILLIAM SCHILLING,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On December 10, 2018, following an evidentiary hearing, the court held Plaintiff Albert G. Hill, III ("Hill III") in civil contempt for disobeying a July 10, 2017 court order, enjoining him from removing, or attempting to remove, First Tennessee Bank as trustee of three trusts that Albert G. Hill, Jr. ("Hill Jr.") had established for the benefit of Hill III's children. *See* Mem. Op. & Order (Doc. 1920). As a sanction, the court ordered Hill III to pay the Estate of Hill Jr. for all reasonable and necessary attorney's fees and costs incurred in bringing the motion that precipitated the July 10, 2017 order, and preparing for and participating in the 2019 contempt hearing. On December 21, 2018, Margaret Keliher, as Independent Executor of the Estate of Albert G. Hill, Jr. ("Keliher"), filed her Application and Brief in Support of Attorney's Fees and Costs Pursuant to the Court's December 10, 2018 Memorandum Opinion and Order ("Keliher's Application"). On January 3, 2019, Hill III filed his response to Keliher's Application. On January 9, 2019, the matter of attorney's fees and costs was referred to Magistrate Judge Renée Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 30, 2019. No objections to the Report were filed.

Based on her review of the record and the parties' briefing, the magistrate judge concluded that Keliher should be awarded reasonable attorney's fees in the amount of $27,378.50 and costs in the amount of $15. After a review of the pleadings, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's findings and conclusions are correct, and accepts them as those of the court. Accordingly, the court **awards** Keliher reasonable attorney's fees in the amount of **$27,378.50** and costs in the amount of **$15**. Interest shall accrue on the amount of this award from the date of entry of this order at the applicable federal rate of 1.63% until it is paid in full.

**It is so ordered** this 16th day of October, 2019.

Sam A. Lindsay
United States District Judge