UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERT G. HILL, III | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. 3:07-CV-02020-L |
| | § | |
| WILLIAM SCHILLING, *et al.*, | § | |
| *Defendants*. | § | FILED UNDER SEAL |

**MOTION TO ENFORCE FINAL JUDGMENT AND SETTLEMENT AGREEMENT
AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY
INJUNCTION AND PERMANENT INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, 28 U.S.C. § 1855 (the All Writs Act), this Court's Final Judgment (ECF 999) (the "***Final Judgment***"),[1] and the Global Settlement and Mutual Release Agreement (ECF 879) (the "***Settlement Agreement***"),[2] Margaret Keliher (as Independent Executor of the Estate of Albert G. Hill, Jr., Deceased) ("***Keliher***") and Carol E. Irwin (as Independent Executor of the Estate of Ivan Irwin, Jr., Deceased, and Former Co-Trustee of the Lyda-Hunt-Margaret Trust f/b/a Albert Galatyn Hill, Jr.) ("***Irwin***") (collectively, the "***Movants***") file this Motion to Enforce the Final Judgment and the Settlement Agreement, and Application for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction (the "***Motion***").

## I.    GROUNDS FOR RELIEF

Caroline M. Hill ("***Caroline***")—daughter of Albert G. Hill III and Erin Nance Hill—filed suit in Probate Court No. 2 (the "***Lawsuit***")[3] seeking an accounting and attorneys' fees regarding the Lyda-Hunt-Margaret Trust f/b/a Albert Galatyn Hill, Jr. (the "***LHMTA***"). But Caroline is

---

[1] Settlement Agreement, ECF 999 at 43 ¶ 45 (the Federal Court's continuing jurisdiction).

[2] Final Judgment, ECF 879 at 22 § III ¶ 5(c) (the Federal Court's continuing jurisdiction).

[3] Cause No. PR-25-02919-2, *Caroline M. Hill v. Margaret Keliher (as Independent Executor of the Estate of Albert G. Hill, Jr., Deceased), Carol E. Irwin (as Independent Executor of the Estate of Ivan Irwin, Jr., Deceased), Joyce E. Waller (as Co-Trustees of the Lyda Hunt-Margaret Trusts f/b/o Albert G. Hill, Jr.), and Galatyn Finance, LLC*, Probate Court No. 2, Dallas County, Texas.

violating the Waiver of Standing Clause in the Settlement Agreement[4] and in the Final Judgment[5] with her Lawsuit.  With this material term of the Settlement Agreement, Albert G. Hill, III (and his wife Erin and their children, including Caroline) waived their standing and right to demand information, seek accountings, or assert claims or causes of action regarding any trust for the primary benefit of a descendant of Margaret Hunt Hill of which they were not a current beneficiary. Caroline is violating the Waiver of Standing Clause because she does not have standing regarding the LHMTA.  The trust was for the primary benefit of Albert G. Hill, Jr (a descendant of Margaret Hunt Hill), and the LHMTA was terminated in December 2016 a year before he died in December 2017; therefore, Caroline was never a "current beneficiary" of the LHMTA.  By seeking an accounting of the LHMTA with the Lawsuit, Caroline is violating the Waiver of Standing Clause whereby she waived any right to seek information, or to assert claims, regarding the LHMTA, a trust of which she is not, and never will be, a current beneficiary.

## II.   LOCAL RULE 7.1

Pursuant to Local Rule 7.1, Movants' contentions of fact and law, arguments, and authorities are set forth in an accompanying brief and a separate evidentiary appendix, which are hereby incorporated herein by reference and being submitted to the Court with this motion.

## III.   CONCLUSION

Wherefore, premises considered, Movants respectfully request and pray that the Court grant them the following relief:

   a.   grant their Motion to Enforce the Final Judgment and the Settlement Agreement;

   b.   enjoin Caroline (together with her agents, attorneys, representatives, and all persons acting in concert and participating with them, directly or indirectly) from violating the Waiver of Standing Clause in the Final Judgment and breaching the Settlement Agreement by demanding information, seeking an accounting, or asserting any claim

---

[4] Settlement Agreement, ECF 879 at 21-22 § III ¶ 5(b) (Waiver of Standing Clause).
[5] Final Judgment, ECF 999 at 35-36 ¶ 28 (Waiver of Standing Clause).

or cause of action in connection with a trust for the primary benefit of a descendant of Margaret Hunt Hill of which she is not a current beneficiary, including but not limited to the LHMTA;

c. order Caroline to dismiss with prejudice the lawsuit known as Cause No. PR-25-02919-2, *Caroline M. Hill v. Margaret Keliher (as Independent Executor of the Estate of Albert G. Hill, Jr., Deceased), Carol E. Irwin (as Independent Executor of the Estate of Ivan Irwin, Jr., Deceased), Joyce E. Waller (as Co-Trustees of the Lyda Hunt-Margaret Trusts f/b/o Albert G. Hill, Jr.), and Galatyn Finance, LLC*, Probate Court No. 2, Dallas County, Texas;

d. award Movants the recovery from Caroline of all reasonable attorneys' fees and costs of litigation incurred by Movants in pursuing this motion as they are entitled to pursuant to the Settlement Agreement because of Caroline's breaches of the Settlement Agreement, which was incorporated into the Final Judgment; and

e. grant them any and all such other and further relief, at law and in equity, to which the Court finds them justly entitled.

Dated: September 19, 2025.

Respectfully submitted,

/s/ *Brian E. Mason*
**G. MICHAEL GRUBER**
Texas State Bar No. 08555400
E-mail: mike.gruber@gtlaw.com
**BRIAN E. MASON**
State Bar No. 24079906
E-mail: brian.mason@gtlaw.com
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile: 214.665.3601
**ATTORNEY FOR MOVANT MARGARET KELIHER (AS INDEPENDENT EXECUTOR OF THE ESTATE OF ALBERT G. HILL, JR., DECEASED)**

/s/ *Michael J. Lang*
**MICHAEL J. LANG**
State Bar No. 24036944
Email: mlang@cwl.law
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: 214.817.4500
Facsimile: 214.817.4509
**ATTORNEY FOR MOVANT CAROL E. IRWIN (AS INDEPENDENT EXECUTOR OF THE ESTATE OF IVAN IRWIN, JR., DECEASED) (AS FORMER CO-TRUSTEES OF THE LYDA HUNT--MARGARET TRUSTS F/B/O ALBERT G. HILL, JR.)**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record through ECF in accordance with the Federal Rules of Civil Procedure on this the 19th day of September, 2025.

/s/ *Michael J. Lang*
Michael J. Lang